Case: 4:12-cr-00342-AGF   Doc. #: 53   Filed: 11/17/14   Page: 1 of 1 PageID #: 177

AO 247 (10/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# United States District Court
## for the
## Eastern District of Missouri

United States of America
v.

Warren Scurry

Date of Original Judgment: March 28, 2013
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Case No: 4:12CR342AGF
USM No: 33900-044

Michelle Monahan
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ The court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __87__ months **is reduced to** __70 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Sentence to run consecutively to Docket No. 4:07CR00237AGF.

Except as otherwise provided, all provisions of the judgment __entered on March 28, 2013__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: November 17, 2014

Effective Date: November 1, 2015
*(if different from order date)*

*Judge's signature*

Audrey G. Fleissig, United States District Judge
*Printed name and title*